IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DISABILITY RIGHTS IOWA, ) | |
| ) | NO. 4:14-cv-00092 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID WHITE, in his official ) | DISMISSAL WITH PREJUDICE |
| capacity as Sheriff of Muscatine County, ) | |
| and MUSCATINE COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

   COMES NOW Plaintiff Disability Rights Iowa ("DRI"), and hereby dismisses all claims and causes of action asserted in this matter with prejudice.  The parties have come to a mutual agreement with regards to the issues set forth in the pleadings.

DATED this 1st day of July, 2014.

                              Respectfully submitted,

                               /s/ Cynthia A. Miller_____
                              Cynthia A. Miller
                              Jane Hudson
                              DISABILITY RIGHTS IOWA
                              400 East Court Avenue, Suite 300
                              Des Moines, Iowa  50309
                              Telephone: (515) 278-2502
                              Fax: (515) 278-0539
                              Email:  cmiller@driowa.org
                              Email: jhudson@driowa.org
                              ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of July, 2014, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which pursuant to Local Rule 5.3(k)(1), will send a notice of electronic filing to the following:

Brian P. Rickert
Jonathan M. Gallagher
Brown, Winick, Graves, Gross, Baskerville and Shoenebaum, PLC
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Email:  rickert@brownwinik.com
         gallagher@brownwinik.com

ATTORNEYS FOR DEFENDANTS

                                                                         /s/ Cynthia A. Miller